**Order entered June 24, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01497-CV

## IN RE J.H. WALKER, INC. D/B/A J.H. WALKER TRUCKING, Relator

**Original Proceeding from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-00661**

## ORDER

By order dated November 25, 2014 we abated this proceeding pursuant to rule 7.2(b) of the Texas Rules of Civil Procedure to allow the successor judge to reconsider the ruling of the trial court. The parties have advised the Court that the successor judge has determined that the order of her predecessor in office that is the subject of this mandamus proceeding shall remain in effect. Accordingly, we **REINSTATE** this case on the Court's active docket.

/s/    DAVID L. BRIDGES
           JUSTICE